

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2020

No. 04-19-00197-CR

Addie James **BATTEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2121-CR-C
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

Appellant's brief was filed in this appeal on December 8, 2019, and the State's brief is due to be filed on February 7, 2020. On January 21, 2020, appellant's attorney filed a motion to abate the appeal based on pro se correspondence included in a supplemental clerk's record filed on January 13, 2020 which questioned the effectiveness of the attorney's representation.

The motion is GRANTED, and the appeal is ABATED to the trial court to determine whether new appellate counsel should be appointed. *But see King v. State*, 29 S.W.3d 556, 566 (Tex. Crim. App. 2000) (noting court has no duty to search for counsel agreeable to the defendant and disagreement concerning strategy is not a valid ground for replacing counsel); *Dunn v. State*, 819 S.W.2d 510, 520 (Tex. Crim. App. 1991) ("A criminal defendant is not entitled to appointed counsel of choice."). The trial court is ORDERED to determine whether new appellate counsel should be appointed and to cause the trial court clerk to file a supplemental clerk's record containing its order within two weeks from the date this order is signed. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All other filing deadlines are suspended until the appeal is reinstated.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court